# IN THE SUPREME COURT OF THE STATE OF NEVADA

RYAN MATTHEW LIPSITZ,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 80765

FILED

MAY 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because it appeared that appellant was not aggrieved by the amendments to the judgment of conviction, this court directed appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. Appellant has responded and concedes that the appeal should be dismissed. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Eric Johnson, District Judge
       Zaman & Trippiedi, PLLC
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

20-17464